UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): **Jennifer Lane** | **Defendant**(s): **City of Mesa; Michael Pezzelle ; James Pollard ; Hoapili Baker ; Andrew Walag ; Brandon Ekren ; William Jones ; Jalyn Bellows ; Donald Rudd ; , City of Chandler; Garrett Dever** |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Joel B. Robbins (**Jennifer Lane **)**
**Robbins & Curtin, P.L.L.C.**
**301 East Bethany Home Rd., Suite B-100**
**Phoenix, Arizona 85012**
**602-285-0100**

**Jesse M. Showalter (**Jennifer Lane **)**
**Robbins & Curtin, P.L.L.C.**
**301 East Bethany Home Rd., Suite B-100**
**Phoenix, Arizona 85012**
**602-285-0100**

Defendant's Atty(s):

**John T. Masterson (**City of Mesa; Michael Pezzelle ; James Pollard ; Hoapili Baker ; Andrew Walag ; Brandon Ekren ; William Jones ; Jalyn Bellows ; Donald Rudd **)**
**Jones, Skelton & Hochuli, PLC**
**40 North Central Ave., Suite 2700**
**Phoenix, Arizona 85004**
**602-263-1700**

**Joseph J. Popolizio (**City of Mesa; Michael Pezzelle ; James Pollard ; Hoapili Baker ; Andrew Walag ; Brandon Ekren ; William Jones ; Jalyn Bellows ; Donald Rudd **)**
**Jones, Skelton & Hochuli, PLC**
**40 North Central Ave., Suite 2700**
**Phoenix, Arizona 85004**
**602-263-1700**

**Justin M. Ackerman (**City of Mesa; Michael Pezzelle ; James Pollard ; Hoapili Baker ; Andrew Walag ; Brandon Ekren ; William Jones ; Jalyn Bellows ; Donald Rudd **)**
**Jones, Skelton & Hochuli, PLC**
**40 North Central Ave., Suite 2700**
**Phoenix, Arizona 85004**
**602-263-1700**

**J. Randall Jue (**City of ChandlerGarrett Dever **)**
**Chandler City Attorney's Office**
**P.O. Box 4008, MS602**

Chandler, Arizona 85244-4068
480-782-4655

## REMOVAL FROM MARICOPA COUNTY, CASE #CV2018-006346

II. Basis of Jurisdiction:     3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties
**(Diversity Cases Only)**
           Plaintiff:- **N/A**
          Defendant:- **N/A**

IV. Origin :     **2. Removed From State Court**

V. Nature of Suit:     **440 Other Civil Rights**

VI. Cause of Action:     **Wrongful Death; Civil Rights 42 U.S.C. § 1983; Assault and Battery; Negligence/Gross Negligence; Vicarious Liability; Joint and Several Liability; Violation of 4th Amendment Rights to be Free from Unlawful Seizures and Excessive Force; Violation of 14th Amendment Right to Due Process**

VII. Requested in Complaint
           Class Action: **No**
          Dollar Demand:
           Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **CV2018-006346** assigned to Judge **Connie Contes.**

**Signature:** Joseph J. Popolizio

   **Date:** 02/08/2019

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**