John T. Masterson, Bar #007447
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Ian C. Beck, Bar #035599
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: 602) 200-7846
jmasterson@jshfirm.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com
ibeck@jshfirm.com

Attorneys for Defendants City of Mesa, Michael Pezzelle, James Pollard, Hoapili Baker, Jalyn Bellows, William Jones, Brandon Ekren, Andrew Walag, and Donald Rudd

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Lane, individually and on behalf of the statutory beneficiaries of S.L., and in her capacity as the Personal Representative of the Estate of S.L., <br><br> Plaintiffs, <br><br> v. <br><br> City of Mesa, a municipality; City of Chandler, a municipality; Michael Pezzelle, an individual; James Pollard, an individual; Hoapili Baker, an individual; Jalyn Bellows, an individual; William Jones, an individual; Brandon Ekren, an individual; Andrew Walag, an individual; Donald Rudd, an individual; and Garrett Dever, an individual, <br><br> Defendants. | NO. 2:19-cv-00852-SMB <br><br> **DEFENDANTS' MOTION TO SEAL EXHIBIT 34** <br><br> **Expedited Relief Requested** |

Defendants City of Mesa, Michael Pezzelle, James Pollard, Hoapili Baker, Jalyn Bellows, William Jones, Andrew Walag, and Donald Rudd ("the Mesa Defendants")

9334761.1

move this Court for an Order directing the Clerk to file under seal a redacted version of Exhibit 34 – Ken Wallentine Report.

Exhibit 34 was filed as an Exhibit to Defendants' Redacted Statement of Facts Doc. 317 and inadvertently included the unredacted name of the minor S.L. Therefore, pursuant to Local Rule of Civil Procedure 5.6, the Mesa Defendants move this Court for an Order directing the Clerk to file Exhibit 34 – Ken Wallentine Report under Seal.

DATED this 22nd day of April 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Justin M. Ackerman
   John T. Masterson
   Joseph J. Popolizio
   Justin M. Ackerman
   Ian C. Beck
   40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendants City of Mesa, Michael Pezzelle, James Pollard, Hoapili Baker, Jalyn Bellows, William Jones, Brandon Ekren, Andrew Walag, and Donald Rudd

9334761.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Joel B. Robbins
Jesse M. Showalter
Lauren E. Channell
Anne E. Findling
Robbins & Curtin, P.L.L.C.
301 East Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
joel@robbinsandcurtin.com
jesse@robbinsandcurtin.com
lauren@robbinsandcurtin.com
anne@robbinsandcurtin.com
Attorneys for Plaintiffs

John P. Torgenson
Torgenson Law
333 W. Roosevelt St.
Phoenix, Arizona 85003
jtorgenson@torgensonlaw.com
Attorney for Plaintiffs

J. Randall Jue
Chandler City Attorney's Office
P.O. Box 4008, MS602
Chandler, Arizona 85244-4008
Randy.Jue@chandleraz.gov
Attorney for City of Chandler
and Garrett Dever


/s/ Lisa Drapeau

9334761.1