<table>
<tr><td>UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT</td><td>**FILED**<br>JUN 21 2022<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</td></tr>
</table>

| | |
|---|---|
| JENNIFER LANE, individually and on behalf of the statutory beneficiaries of S.L. and in her capcity as the personal representative of the   estate of S.L.,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>MICHAEL PEZZELLE, an individual,<br><br>　　　　Defendant-Appellant,<br><br>　and<br><br>CITY OF MESA, a municipality; et al.,<br><br>　　　　Defendants. | No.　21-16941<br><br>D.C. No. 2:19-cv-00852-SMB<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　　　　　　　　　By: Roxane G. Ashe
　　　　　　　　　　　　　　　　　　Circuit Mediator